**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STARRA JENKINS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICES,<br><br>Defendant. | Civil Action No. 16-cv-2321 (CKK) |

**ORDER**
(February 14, 2017)

The Court has been informed that the parties in the above-captioned action have reached a settlement in principle. Accordingly, with the consent of the parties, it is, this 14th day of February, 2017, hereby

**ORDERED** that this action is **DISMISSED**; the dismissal shall be **without** prejudice until **March 31, 2017**. Should counsel fail to move to extend the deadline or to reopen this action by the designated date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge